Acceptance Now
Attn: Bankruptcy
5501 Headquarters Drive
Plano, TX 75024

Bayview Financial Loan
Attn: Bankruptcy Dept
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank, N.A. as Trustee for CMLTI Asse
c/o Romano Garubo & Argentieri
52 Newton Avenue
P.O. Box 456
Woodbury, NJ 08096

CitiFinancial
Attn: Bankruptcy
605 Munn Road
Fort Mill, SC 29715

Comenity Capital Bank/HSN
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

```
Fay Servicing Llc
Attn: Bankruptcy Dept
1601 LBJ Freeway, Suite 150
Dallas, TX 75234



Fed Loan Serv
Pob 60610
Harrisburg, PA 17106



Firstline
Firstline Financial
Great Falls, VA 22066



Genesis FS Card/Kay Jewelers
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076



IC System, Inc
Attn: Bankruptcy
Po Box 64378
St. Paul, MN 55164



Internal Revenue Service
955 South Springfield Avenue
Springfield, NJ 07081



Internal Revenue Services
955 South Springfield Avenue
Springfield, NJ 07081



Keaveney Legal Group
1000 Maplewood Drive, Suite 202
Maple Shade, NJ 08052



Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201
```

Merrick Bank/CardWorks
Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804


Midland Funding Llc
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193


Monterey Collection Services
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056


OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502


Resurgent
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603


Santander Consumer USA
Attn: Bankruptcy
10-64-38-Fd7   601 Penn St
Reading, PA 19601


Specialized Loan Servicing/SLS
Attn: Bankruptcy
8742 Lucent Boulevard, Suite 300
Littleton, CO 80129

```
Traf Group Inc/A-1 Collections
Attn: Bankruptcy
2297 St Hwy 33 Ste 906
Hamilton Square, NJ 08690



Wells Fargo Hm Mortgag
Po Box 10335
Des Moines, IA 50306



Wells Fargo Home Mortgage
Attn: Written Correspondence/Bankruptcy
Mac#2302-04e Pob 10335
Des Moines, IA 50306
```