# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ROBIN and XAVIER MOORE,**          :          **CASE NO.: 20-14657-ELF**
        Debtor(s)          :

## CERTIFICATE OF SERVICE

I, Keith D. Sklar, Esquire do solemnly affirm that a true and correct copy of this Notice of Motion, Motion, and Proposed Order amending Debtor's Chapter 13 Plan post-confirmation was served on the party below by the court's ECF system:

Kenneth E. West, Esq.
Standing Chapter 13 Trustee
1234 Market Street, 18th Floor
Philadelphia, PA  19107

Robin and Xavier Moore
1608 Kathy Drive
Yardley, PA  19067

Creditor Matrix

Dated:  December 20, 2021                              */s/Candyce I. Smith-Sklar, Esq.*
                                                                                     Candyce I. Smith-Sklar, Esq.
                                                                                     Attorney for Debtors.